AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

United States of America )
v. )
ROBERT J. THOMAS(1) )   Case No. 3:09 MJ67
ROBERT B. THOMAS(2) )
)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __09/28/2009__ in the county of __St. Joseph__ in the __Northern__ District of __Indiana__, the defendant violated __21__ U. S. C. § __841(a)(1)__, an offense described as follows:

see Attachment A

**FILED**

SEP 2 8 2009

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Leda, TFA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/28/09

S/Christopher A. Nuechterlein
*Judge's signature*

City and state: __South Bend, Indiana__    Christopher A. Nuechterlein, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

On or about September 28, 2009, in the Northern District of Indiana and elsewhere:

ROBERT J. THOMAS (1)
and
ROBERT B. THOMAS (2)

defendants herein, did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in an amount in excess of 100 plants.

All in violation of 21 U.S.C. § 841(a)(1).

1

STATE OF INDIANA      )
                      ) SS:
ST. JOSEPH COUNTY     )

## AFFIDAVIT

David Leda, being first duly sworn upon his oath, deposes and states as follows:

*Introduction and Affiant's Background*

Your affiant is a sworn member of the South Bend Police Department, and has been employed by the South Bend Police Department since 2000. I have worked drug trafficking investigations for 5 years. I am currently assigned to the Metro Special Operations Section of the South Bend Police Department, which deals in investigations of alleged narcotics violations in South Bend, Indiana, and elsewhere. I am also a Drug Enforcement Administration Task Force Agent and have been so employed for approximately 1 year and 6 months working with DEA and narcotics investigations in the Northern District of Indiana and elsewhere.

In the course of my duties as a drug trafficking investigator and Drug Enforcement Administration Task Force Agent, I have been involved in investigations of alleged criminal drug activity.

I am currently assigned to the Merrillville, Indiana Resident Office which deals in investigations of alleged narcotics violations in the Northern District of Indiana, and elsewhere. I assist and working with the Organized Crime Drug Enforcement Task Force which has its office in the Federal Building in South Bend, Indiana. I have worked with this task force for approximately 1 year and 6

1

months. This task force conducts historical and financial investigations of illegal narcotics trafficking and money laundering. The Task Force also works cases that are of a more conventional undercover nature using confidential informants to make purchases of alleged controlled substances. I have worked drug investigations with various agencies over the past year including the Internal Revenue Service-Criminal Investigations (IRS-CI), Bureau of Alcohol Tobacco & Firearms (BATF), Customs, Indiana State Police, South Bend Police Department Metro Special Operations Section (MSOS), and Elkhart County Drug Task Force.

*Offense Conduct*

On September 28, 2009, officers from the Drug Enforcement Administration task force, the Indiana State Police, and other agencies executed a search warrant for evidence of marijuana cultivation at two locations, 54629 Thrash Lane Elkhart, Indiana, a single family residence, and at a business known as "The Shop", 51273 St Rd 933, South Bend, Indiana. Both locations are in the federal Northern District of Indiana.

Since receiving a tip on June 12, 2009 that Robert J. Thomas (age 32) was growing marijuana at a location in Elkhart, officers had been conducting surveillance at both locations. Officers had observed only two individuals enter the 54629 Thrash Lane residence, Robert J. Thomas and his father, Robert B. Thomas (age 51). The visits of these two individuals only occurred on Monday mornings and were of only a few hours duration. The residence is owned by an owner in Virginia, but the electrical service was in the name of Robert J. Thomas.

2

The electrical service records showed that even though the home was rarely occupied, an unusually large amount of electricity was used in it.

The business known as "The Shop", 51273 St Rd 933, South Bend, Indiana, is owned and operated by Robert J. Thomas. On 6/17/09, 6/18/09, 6/26/09, 6/27/09, 7/14/09, 8/6/09, 8/7/09, surveillance was conducted at the "The Shop", 51273 SR 933. Although the business sells motor vehicle customizing accessories, such as aftermarket rims, running boards, and installation services, numerous customers were seen coming and going from the business on a short stay basis, and leaving without carrying merchandise with them, which is activity characteristic of drug distribution. On other days the business was surveyed while other employees were working. When employees other than Robert J. Thomas were working, no short stay activity was observed at the business.

At 54629 Thrash Lane, which had only a kitchen table and chairs for furniture, task force officers found in the basement approximately 486 marijuana plants in various stages of growth; growing supplies; measuring devices; humidity control devices and numerous grow lights used to stimulate growth of marijuana by artificial light. Robert B. Thomas, who had been photographed entering and leaving the home over the past few months was present at this location. Gas and electric bills in the name of Robert J. Thomas were found in the father's truck in the garage of the residence. Robert B. Thomas was taken into custody. He refused to be interviewed by officers but requested that he be able to come to obtain his cigarettes from the basement, which is where the grow operation was conducted.

He also made comments unsolicited by the officers to the effect that he was doing this to make money, and that "it is good shit." He also said that "alcohol kills more than marijuana and it should be legalized."

Robert J. Thomas was found at "The Shop", 51273 St Rd 933, South Bend. Initial reports are that no drug evidence was found at "The Shop." He was transported to his residence located at 52575 Hollyhock, South Bend, Indiana, where he executed a consent to search. At that location officers found approximately one pound of a green leafy substance which field tested positive for marijuana and approximately 1/8th ounce of a substance that field tested positive for cocaine.

Robert J. Thomas waived his rights and consented to be interviewed by the officers at his residence. He told officers that his father rented the house located at 54629 Thrash Lane, that he had carried potting soil into the house on several occasions for his father, that on ten to twenty occasions he had trimmed and watered the marijuana plants at that location, and on ten to twenty occasions he had sold approximately one ounce of marijuana from the grow operation to other individuals.

The information contained herein is true and accurate to the best of my knowledge and is based on my own personal observations and on verbal reports received from other officers involved in the investigation. It is not all the facts pertaining to the investigation in my knowledge.

Based on the above it is my belief that there is probable cause to believe that Robert B. Thomas and Robert J. Thomas were involved the possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841(a)(1).

Further, your affiant sayeth not.

David Leda, Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 28 day of September, 2009.

S/Christopher A. Nuechterlein

---

Christopher A. Nuechterlein
United States Magistrate Judge
Northern District of Indiana