```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF INDIANA
                  SOUTH BEND DIVISION
```

UNITED STATE OF AMERICA   Plaintiff

   vs.                              Case Number: 3:09 CR 134

ROBERT J. THOMAS              Defendant

### DEFENDANT'S ROBERT J. THOMAS' MOTION TO SUPPRESS EVIDENCE

1. On September 28, 2009, the Government, without the benefit of a warrant, searched the Defendant's residence located at 52575 Hollyhock in South Bend, St. Joseph County, Indiana. This search was conducted in violation of the Defendant's Fourth Amendment rights under the United States Constitution. All evidence seized in consequence of said illegal search should be suppressed.

2. Following the Defendant's arrest on September 28, 2009, the Government took a statement from the Defendant. This statement was not provided by the Defendant freely, knowingly and voluntarily and all statements made by the Defendant at that time should be suppressed.

Dated:  January 25, 2010    /s/ Timothy P. McLaughlin
                                        Timothy P. McLaughlin, 9530-71
                                        1017 E. Jefferson Blvd.
                                        South Bend, IN 46617
                                        Telephone: (574) 233-7165
                                        Fax: (574) 288-6892
                                        Email: tpmclaughlin@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on 25th day of January, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the United States Attorney.

Dated:  January 25, 2010      /s/ Timothy P. McLaughlin
                                          Timothy P. McLaughlin, 9530-71
                                          1017 E. Jefferson Blvd.
                                          South Bend, IN 46617
                                          Telephone: (574) 233-7165
                                          Fax: (574) 288-6892
                                          Email: tpmclaughlin@sbcglobal.net