UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATE OF AMERICA   Plaintiff

    vs.                       Case Number: 3:09 CR 134

ROBERT J. THOMAS          Defendant

## MEMORANDUM IN SUPPORT OF DEFENDANT THOMAS' MOTION TO SUPPRESS EVIDENCE

1.  The Defendant, Robert J. Thomas, contends that the Court should suppress evidence seized at his residence (52575 Hollyhock in South Bend, St. Joseph County, Indiana) on September 28, 2009, as the seizure was without the benefit of a warrant.  While it is true that both the Defendant and his significant other, namely, Ann Tom, signed written consents to search said residence, the Defendant contends that the police conduct and the circumstances under which the consents to search were executed by both persons, were onerous, resulting in signatures which were not truly free and voluntary.

2. Similarly, as to the statements made by the Defendant, Robert J. Thomas to the police, following his arrest on September 28,2009, the Defendant moves that the same be suppressed.  This request is made even though the Defendant was read and waived his Miranda rights prior to making such statements.  It is the

Defendant's contention that the police conduct and the circumstances attendant to his execution of the waiver were such, that the Defendant's waiver was not a free and voluntary act on his part.


Dated:  January 27, 2010 ____/s/ Timothy P. McLaughlin____
                                Timothy P. McLaughlin, 9530-71
                                1017 E. Jefferson Blvd.
                                South Bend, IN 46617
                                Telephone: (574) 233-7165
                                Fax: (574) 288-6892
                                Email: tpmclaughlin@sbcglobal.net

### CERTIFICATE OF SERVICE

I hereby certify that on 27th day of January, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the United States Attorney.

Dated:  January 27, 2010 ____/s/ Timothy P. McLaughlin____
                                Timothy P. McLaughlin, 9530-71
                                1017 E. Jefferson Blvd.
                                South Bend, IN 46617
                                Telephone: (574) 233-7165
                                Fax: (574) 288-6892
                                Email: tpmclaughlin@sbcglobal.net