UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CAUSE NO. 3:09-CR-134(01) RM |
| | ) |
| ROBERT J. THOMAS | ) |

OPINION AND ORDER

This matter is before the court on Robert J. Thomas' motion to suppress evidence [Doc. No. 30]. Mr. Thomas states that the written consents he and his girlfriend, Ann Tom, gave to officers to search their residence were given under onerous police conduct and circumstances. Mr. Thomas further states that his written waiver of his *Miranda* rights was similarly given under onerous police conduct and circumstances. For the reasons that follow, Mr. Thomas' motion is DENIED.

Mr. Thomas filed his motion on January 27, 2010. The deadline for pretrial motions was November 12, 2009. A motion to continue trial was filed on December 16, 2009 (Mr. Thomas' trial was re-set for March 16, 2010). A defendant waives a request to suppress evidence if not raised by the pretrial motion deadline. FED. R. CRIM. P. 12(e). Such a waiver has occurred here and the court finds no good cause to grant relief from this waiver.

Mr. Thomas' motion makes conclusory statements, without factual support, that his consent to search and waiver of *Miranda* rights were made under onerous

circumstances. To obtain an evidentiary hearing on his motion to suppress, Mr. Thomas must provide sufficient information to enable the court to conclude that a substantial claim was presented and that there are disputed issues of material fact that would affect the outcome of the motion. United States v. Greve, 490 F.3d 566, 572 (7th Cir. 2007). Mr. Thomas's motion to suppress presents no information beyond legal conclusions, so the court declines to hold a hearing on the matter.

Even if Mr. Thomas' motion were timely filed, the government has met its burden of showing by a preponderance of the evidence, *see* United States v. Shabaz, 579 F.3d 815, 818 (7th Cir. 2009), that Mr. Thomas and his girlfriend knowingly and voluntarily consented to the search of their residence and that Mr. Thomas knowingly and voluntarily waived his *Miranda* rights. The government submitted copies of the forms that Mr. Thomas and his girlfriend signed when consenting to the search of their residence and the form that Mr. Thomas signed when waiving his *Miranda* rights. Mr. Thomas hasn't filed any reply. Mr. Thomas and his girlfriend knowingly and voluntarily consented to the search of their residence and that Mr. Thomas knowingly and voluntarily waived his *Miranda* rights.

For these reasons, Mr. Thomas' motion to suppress is DENIED [Doc. No. 30].

SO ORDERED.

ENTERED:  February 17, 2010

      /s/ Robert L. Miller, Jr.
Judge
United States District Court